Grace Caroline Mahan, Esq. (TX# 24106239)
EISENBERG & BAUM, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
212-353-8700 (tel.)
212-353-1708 (fax)
gmahan@eandblaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

-----------------------------------------------------------------

| | |
|---|---|
| JANE CUMMINGS, | Civ. 18-cv-649 |
| Plaintiff, | |
| v. | **CERTIFICATE OF INTERESTED PERSONS** |
| PREMIER REHAB P.L.L.C., | |
| Defendant. | |

-----------------------------------------------------------------

The undersigned, counsel of record for Plaintiff, Jane Cummings, furnishes the following disclosure statement in compliance with Civil L.R. 3.1 and Fed. R. Civ. P. 7.1. (a).

The persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case are:

Jane Cummings

Premier Rehab P.L.L.C.

Eisenberg & Baum, LLP

Dated: August 7, 2018

Respectfully submitted,

By:

*Grace Mahan*

---

Grace Caroline Mahan, Esq.
TX# 24106239
gmahan@eandblaw.com

EISENBERG & BAUM, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
212-353-8700 (tel.)
212-353-1708 (fax)